

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00920-CV

**IN THE INTEREST OF D.R.F.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01502
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs of appeal are assessed because appellant is indigent.

SIGNED April 15, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice